UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| PRINCETON S. VALLO<br>DOC# 130190/545296 | CIVIL ACTION NO. 2:16CV1359<br>SECTION P |
| VERSUS | JUDGE ROBERT G. JAMES |
| KEITH COOLEY, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 19] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust as required under 42 U.S.C. § 1997e(a).

Monroe, Louisiana, this 3rd day of May, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE